UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
RALPH P. CAPONE,

                        Plaintiff,

            -against-

PATCHOGUE-MEDFORD UNION FREE SCHOOL
DISTRICT, ET AL.,

                        Defendants.
----------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y

★   AUG 1 0 2012   ★

LONG ISLAND OFFICE

MEMORANDUM & ORDER
04-CV-2947(JS)(ARL)

APPEARANCES
For Plaintiff:        Ralph P. Capone, Pro Se
                      28 Bailey Avenue
                      Patchogue, New York

For Defendants:
Tina Marie Weeks      Howard Marc Miller, Esq.
                      Bond, Schoeneck & King
                      1399 Franklin Avenue, Suite 200
                      Garden City, New York 11530

Also Appearing:       Ruth M. Pollack, Pro Se
                      P.O. Box 120
                      Riverhead, New York 11901

SEYBERT, District Judge:

        Last year, the Court sanctioned Plaintiff's former
counsel, Ruth Pollack, and directed that a judgment be entered
against her in the amount of $136,742.92.  (Docket Entry 365.)
Earlier this year, it granted Defendant Tina Marie Weeks'
request to correct a misspelling in the Judgment, and an amended
judgment was entered in the same amount (the "Amended
Judgment").  Soon after, Ms. Pollack moved to strike the Amended
Judgment.  (Docket Entry 371.)  This motion is DENIED because

Ms. Pollack has not demonstrated that she is entitled to the relief she seeks. See, e.g., Nemaizer v. Baker, 793 F.2d 58, 61 (2d Cir. 1986) ("Since 60(b) allows extraordinary judicial relief, it is invoked only upon a showing of exceptional circumstances.").

The Clerk of the Court is respectfully directed to update the docket sheet to reflect Ms. Pollack's new mailing address (listed above) and to mail Ms. Pollack a copy of this Order.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   August   10  , 2012
         Central Islip, New York